ACCEPTED
04-15-00122-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/19/2015 3:27:25 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00122-CR

| | | |
|---|---|---|
| **CARLOS BERNARD SMITH** | § | **IN THE FOURTH DISTRICT** |
| | § | |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| | § | |
| **STATE OF TEXAS** | § | **SAN ANTONIO, TEXAS** |

FILED
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/19/15 3:27:25 PM
KEITH E. HOTTLE
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE STATE'S BRIEF

TO THE HONORABLE JUDGES OF THE FOURT COURT OF APPEALS:

NOW COMES Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County and Counsel for the State of Texas, and files this Motion asking that the Court extend the time for filing the State's brief.

Appellant was found guilty by a jury of murder and sentenced to 40 years on February 13, 2015. The notice of appeal was timely filed on February 24, 2015. The reporter's record was filed on March 16, 2015 and the clerk's record was filed on June 15, 2015. Appellant filed his brief on July 14, 2015. This is the State's first motion for extension and the State requests a 30 day extension to September 14, 2015.

This extension is not sought for the purpose of delaying this appeal. State requests an extension for the following reasons:

1) Counsel would like more time to research and write the State's brief.
2) Counsel was in trial in the 175th District Court on State v. Delridge Clark from July 28 to July 31, 2015.

3) Counsel was out of the office July 20-21, 2015.
4) Counsel prepared an in-house CLE training which was presented July 17, 2015.
5) Counsel recently filed the following brief  in the Fourth Court of Appeals:
    a. <u>Taylor Rosenbusch v. State</u>, 04-14-00050-CR
    b. <u>Gary Lynn Baker v. State</u>, 04-14-00676-CR
    c. <u>In re A.A.M and R.M.M., children</u>, 04-15-00324-CV


Therefore, counsel respectfully asks the Court to grant this extension time to file the State's brief in this case.

WHEREFORE, PREMISES CONSIDERED, Counsel for the State prays that the Court grant an extension of time to September 14, 2015 for filing the State's brief.

Respectfully submitted,

Nicholas "Nico" LaHood
Criminal District Attorney
Bexar County, Texas

/s/ Lauren A. Scott
_____

**Lauren A. Scott**
State Bar No. 24066843
Assistant Criminal District Attorney
101 W. Nueva Street
 San Antonio, Texas 78205-3030
Phone: (210) 335-2885
Email: lscott@bexar.org

## CERTIFICATE OF SERVICE

I, Lauren A. Scott, Assistant District Attorney, Bexar County, Texas, certify that a copy of the foregoing motion was delivered by e-file e-service to James Oltersdorf, attorney for appellant, on August 19, 2015.

**/s/ Lauren A. Scott**